%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

10  5491

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Robert Rappucci & Brett Zimmerman

**(b)** County of Residence of First Listed Plaintiff: **Chester**
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Gallagher Law Group, PC, 171 W. Lancaster Ave., Paoli, PA 19301
610-647-5027

## DEFENDANTS
Herker Property Maintenance Inc.

County of Residence of First Listed Defendant: **Delaware**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) |  |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / **Habeas Corpus:** |  | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 895 Freedom of Information Act |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
|  | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Fair Labor Standards Act, 29 U.S.C. §201, et seq.
Brief description of cause:
Overtime - FLSA

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 150,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE: 10/15/2010
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

OCT 18 2010

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

**10 5491**

Address of Plaintiff: 401 South Church St, West Chester, PA 19382

Address of Defendant: 2 La France Way, Glen Mills, PA 19342

Place of Accident, Incident or Transaction: Glen Mills, PA

*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))       Yes☐   No X

Does this case involve multidistrict litigation possibilities?       Yes☐   No X

*RELATED CASE, IF ANY:*
Case Number: ____N/A____   Judge ____
Date Terminated: ____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes☐   No X

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes☐   No X

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes☐   No X

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
   Yes☐   No☐

CIVIL: (Place _in_ ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. X Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify)

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
    (Please specify)



# ARBITRATION CERTIFICATION
*(Check appropriate)*

I, ___John A. Gallagher_____, counsel of record do hereby certify:

    X   Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

    ☐   Relief other than monetary damages is sought.

DATE: __October 15, 2010_____    ___John A. Gallagher_____    __61914_____
                                                       Attorney-at-Law                                                  Attorney I.D.#

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __October 15, 2010_____    ___John A. Gallagher_____    __61914_____
                                                       Attorney-at-Law                                                  Attorney I.D.#

CIV. 609 (6/08)

APPENDIX I



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

ROBERT RAPPUCCI

BRETT ZIMMERMAN

Plaintiff

: Civil Action No.:

v.

HERKER PROPERTY MAINTENANCE, INC.   : JURY TRIAL DEMANDED

Defendants

---

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255.   ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits   ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.   ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)   ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.   ( x )

---

**Date**
10/15/2010

**Attorney-at-law**
John A. Gallagher

**Attorney for**
Plaintiff

**Telephone**
610-647-5027

**FAX Number**
610-647-5024

**E-Mail Address**
jag@johnagallagher.com



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT RAPPUCCI <br> and <br> BRETT ZIMMERMAN <br><br> Plaintiffs <br><br> v. <br><br> HERKER PROPERTY MAINTENANCE INC. <br><br> Defendant | CIVIL ACTION NO. <br><br> **FILED** <br> OCT 1 8 2010 <br> MICHAEL E. KUNZ, Clerk <br> By_____ Dep. Clerk <br><br> JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiffs, Robert Rappucci and Brett Zimmerman, by and through their undersigned counsel, the Gallagher Law Group, P.C., file this Complaint against defendant, Herker Property Maintenance Inc. ("Herker") and in support thereof aver as follows:

### PARTIES

1. Plaintiff, Mr. Robert Rappucci, is an adult individual, United States citizen and resident of the Commonwealth of Pennsylvania who currently resides at 401 South Church St., West Chester, PA 19382.

2. Plaintiff, Mr. Brett Zimmerman is an adult individual, United States citizen and resident of the Commonwealth of Pennsylvania who currently resides at 752 Putnam Blvd., Wallingford, PA 19086.

3. Defendant Herker Property Maintenance Inc., is a corporation duly authorized and existing under the laws of the Commonwealth of Pennsylvania, with a registered office address and principal place of business at 2 La France Way Glen Mills, PA 19342.

4. Defendant has at all relevant times had employees engaged in commerce and is an enterprise whose annual gross volume of sales made or business done is not less than $500,000 (exclusive of excise taxes at the retail level that are separately stated).

## JURISDICTION AND VENUE

5. The amount in controversy in this matter is in excess of the arbitration limits of this Court.

6. The Court has jurisdiction over this matter by its authority to hear cases arising under the laws of the United States, pursuant to 28 U.S.C. §1331. This civil action arises under the Constitution and laws of the United States. Plaintiffs are alleging a violation of their rights under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.* ("FLSA").

7. The Court has jurisdiction over the state law claims set forth herein pursuant to 28 U.S.C. §1367(a), as such claims are closely related to the claims in the action within the Court's original jurisdiction.

8. Venue is proper in the Eastern District of Pennsylvania pursuant to 28 U.S.C. §1391(b), as a substantial part of the events giving rise to the claims occurred in the Eastern District of Pennsylvania.

## FACTS

### A.  The Failure to Pay Plaintiffs Overtime

9. Herker employed Mr. Rappucci and Mr. Zimmerman from 2007 and 2008 respectively, until September 2009.

10. While employed by Herker, the plaintiffs provided labor and other services that qualified them for overtime under both the FLSA and Pennsylvania's Minimum Wage Act, 43 P.S.§§336.1, *et seq*. ("PMWA").

11. However, Herker knowingly and intentionally failed to pay overtime to either plaintiff, in violation of said statutes, instead putting them on a "salary" in an effort to enforce the notion that they were exempt from overtime, even though defendant knew they were not.

18. Plaintiffs seek damages in accordance with FLSA and PMWA for the overtime payments that defendant willfully failed and refused to pay to them.

## COUNT I – ROBERT RAPPUCCI and BRETT ZIMMERMAN V. HERKER PROPERTY MAINTENANCE INC. ("HERKER")
### Violation of the Fair Labor Standards Act

12. Plaintiffs hereby incorporate by reference all other paragraphs of their Complaint as though more fully set forth at length herein.

13. Plaintiffs were not non-exempt employees who were entitled to overtime payments during the entire period that they were employed by defendant.

14. Plaintiffs did not receive overtime payment for such overtime hours.

15. Defendant knew or should have known that it was required to pay overtime to Plaintiffs.

16. Plaintiffs are entitled to receive payment equal to one and one-half their hourly rate (to be determined by dividing their salary by 52 work weeks divided by 40 hours per week) for every hour worked beyond forty hours per week, going back three years in time from the date of this filing, along with attorney's fees, costs, liquidated damages and all other relief appropriate under the FLSA.

WHEREFORE, Plaintiffs, Mr. Robert Rappucci and Mr. Brett Zimmerman, hereby demand judgment in their favor and against Defendant, Herker Property Maintenance Inc., in a sufficient amount to fully compensate them for their losses, along with attorney fees, liquidated damages, costs and such other relief as the Court deems just and appropriate.

### COUNT II
### ROBERT RAPPUCCI and BRETT ZIMMERMAN v. HERKER PROPERTY MAINTENANCE INC.
**Violation of Pennsylvania Minimum Wage Act**

17. Plaintiffs hereby incorporate by reference all other paragraphs of their Complaint as though more fully set forth at length herein.

18. Plaintiffs were not non-exempt employees who were entitled to overtime payments during the entire period that they were employed by defendant.

19. Plaintiffs did not receive overtime payment for such overtime hours.

20. Defendant knew or should have known that it was required to pay overtime to Plaintiffs.

21. Plaintiffs are entitled to receive payment equal to one and one-half their hourly rate (to be determined by dividing their salary by 52 work weeks divided by 40 hours per week) for every hour worked beyond forty hours per week, going back three

years in time from the date of this filing, along with interest, costs, attorney's fees, and all other relief appropriate under the PMWA.

WHEREFORE, Plaintiffs, Robert Rappucci and Brett Zimmerman, hereby demand judgment in their favor and against Defendant, Herker Property Maintenance Inc., in a sufficient amount to fully compensate them for their losses, along with interest, attorney's fees, costs and such other relief as the Court deems just and appropriate.

GALLAGHER LAW GROUP, P.C.

BY: _____
John A. Gallagher, Esquire
Atty. I.D. 61914
Counsel for Plaintiffs
171 W. Lancaster Ave., Ste. 100
Paoli, PA 19301
tel:   610.647.5027
fax:  610.647.5024
jag@johnagallagher.com